```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

ZAYO GROUP LLC,                    :

        Plaintiff,           :
                                                14cv1072

    -against-                    :

MICFO LLC,                         :      DEFAULT JUDGMENT

        Defendant.           :

----------------------------------X

WILLIAM H. PAULEY III, District Judge:

      This action having been commenced on February 20, 2014, and a copy of the Summons and Complaint having been served on Defendant on June 18, 2014, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of Court having issued its certificate of default on December 23, 2014; it is

      ORDERED, ADJUDGED, AND DECREED:  That Plaintiff has judgment against Defendant Micfo LLC in the amount of $285,000, plus interest in the amount of $25,650 and costs in the amount of $445, for a total of $311,095.

Dated: June 30, 2015
       New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record:*

Christopher M. Schierloh
Casey & Barnett, LLC
41 Madison Avenue, 25th Fl.
New York, NY 10010
*Counsel for Plaintiff*